

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

epierre@seyfarth.com
T (212) 218-5611

www.seyfarth.com

September 12, 2025

**VIA ECF**

Hon. Margaret M. Garnett
District Court Judge
US District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Dennis Dumas v. Kroll, LLC* - Civil Action No. 1:23-cv-05013-MMG

Dear Judge Garnett:

  We represent Defendant Kroll, LLC in the above-captioned action. Pursuant to Your Honor's Individual Rule D(3), Rule 5.2 of the Federal Rules of Civil Procedure, and the Southern District's Electronic Filing Rules & Instructions 6 and 21, we write in furtherance of our prior request to seal and redact certain information and documents filed in connection with Defendant's Motion for Summary Judgment filed on June 20, 2025. (ECF No. 48)

  In addition to the documents identified in our prior submission (ECF No. 48), Defendants respectfully request leave to file under seal Exhibits C and D (unredacted/highlighted versions) to the Pierre Declaration in support of Defendants' Joint Statement of Material Facts. These exhibits consist of deposition transcript excerpts that reference the names of former Kroll employees who were placed on performance improvement plans. While redacted versions of these documents were publicly filed at ECF Nos. 44-3 and 44-4, the unredacted versions were inadvertently not submitted under seal. Kroll previously met and conferred with Plaintiff as to this request.

  The parties thank you for Your Honor's kind consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Ephraim J. Pierre*

Ephraim J. Pierre

318524496v.3

Hon. Margaret M. Garnett<br>
September 12, 2025<br>
Page 2

Enclosures

cc:  Counsel of Record (via ECF)

---

Application GRANTED. Dkt. No. 66 shall remain under seal and the redactions contained in corresponding Dkt. Nos. 44-3 and 44-4 are approved as the minimum measures necessary to protect the confidential personal information of non-parties, which is sufficient to outweigh the presumption in favor of public access to judicial documents. The Clerk of Court is respectfully directed to terminate Dkt. No. 65.

SO ORDERED. Dated September 15, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

---

318524496v.3