Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

epierre@seyfarth.com
T (212) 218-5611

www.seyfarth.com

April 27, 2026

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

**Re:**   *Dennis Dumas v. Kroll, LLC*
        **Civil Action No. 1:23-cv-05013-MMG**

Dear Judge Garnett:

This firm represents Defendant Kroll, LLC ("Kroll") in the above-referenced action. Pursuant to the Court's Order dated April 23, 2026 (ECF No. 68), Kroll respectfully submits this letter to respond to the Court's question and confirm its citizenship for purposes of the Court's subject-matter jurisdiction.

Duff & Phelps Holding Corporation is a Delaware corporation with its principal place of business in New York, New York, with its business address and headquarters at 1 World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. Accordingly, Kroll is a citizen of both Delaware and New York for purposes of diversity jurisdiction.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Ephraim J. Pierre*
Ephraim J. Pierre

cc:    Counsel of Record (via ECF)