Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
32nd Floor
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

epierre@seyfarth.com
T (212) 218-5611

www.seyfarth.com

October 27, 2026

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007-1312

**Re: Dennis Dumas v. Kroll, LLC – Civil Action No. 1:23-cv-05013-MMG**

Dear Judge Garnett:

This Firm represents Defendant Kroll, LLC ("Kroll") in the above-captioned action. Together with counsel for Plaintiff Dennis Dumas (collectively, the "Parties"), we write in accordance with Rule I(B)(5) of Your Honor's Individual Rules of Practice to respectfully request an adjournment of the Parties' Pre-Trial Conference currently scheduled for November 2, 2026 at 9:30 a.m.

On October 22, 2026, the Court entered an Order directing the Parties to appear for an in-person conference to discuss, among other things, anticipated trial logistics. (*See* ECF No. 72.) Because the undersigned counsel, who will appear on behalf of Kroll at the Pre-Trial Conference, will be out of the country during the week of November 2, 2026, counsel is unavailable to attend on the scheduled date. The Parties therefore respectfully request that the Pre-Trial Conference be adjourned to one of the following alternative dates on which the Parties are available: November 13, 16, or 18, 2026, or such other later date after the week of November 23, 2026 as may be convenient for the Court. This is the first request for an adjournment of the Pre-Trial Conference.

The Parties thank you for Your Honor's kind consideration of this request.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Ephraim J. Pierre*

Ephraim J. Pierre

CC: Counsel of Record (ECF)

GRANTED. The conference currently scheduled for November 2, 2026 is hereby ADJOURNED to **November 16, 2026 at 9:30 a.m.** The Clerk of Court is respectfully instructed to terminate Dkt. No. 73.

SO ORDERED. Dated, October 27, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE